DOUGLAS A. SCULLION (Bar No. 215339)
ANNA S. YOUSSEFI (Bar No. 260911)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: doug.scullion@dentons.com
anna.youssefi@dentons.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SMITH,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; CAST & CREW PAYROLL LLC; DOES 1 THROUGH 10,<br><br>　　　Defendants. | Case No. CV 16-2732-GW(SSx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

　　The Stipulation of the parties having been considered and good cause appearing therefore:

　　IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees incurred in this matter.

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS — - 1 -   CASE NO. 16-CV- 2732-GW (xSS)

1  IT IS SO ORDERED.

2

3

4  Dated: January 24, 2017

                              */s/ George H. Wu*

5                                GEORGE H. WU, U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS    - 2 -    CASE NO. 16-CV- 2732-GW (xSS)